IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MATTHEW PAUL SAUNDERS,** : | |
| : | **Case No. 2:20-cv-0794** |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Deavers |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

**OPINION & ORDER**

This matter is before the Court on Magistrate Judge Deaver's Report and Recommendation. (EFC No. 23). Magistrate Deavers responds to Plaintiff Matthew Paul Saunders' Statement of Errors (ECF No. 18), recommending that the Statement of Errors be overruled and that the Commissioner's decision be affirmed.

The Report and Recommendation was filed on January 27, 2021 and advised the parties that they had fourteen days thereafter to raise any Objections. The Report and Recommendation also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation as this Court's findings of facts and law. The Court hereby

**OVERRULES** the Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's final decision.

      IT IS SO ORDERED.

                                                         **ALGENON L. MARBLEY**
                                                         **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  March 8, 2021**